# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**VANTICE LEE BESHEARS,**
**Plaintiff,**

vs.

Case Number: **09-2017**

**C/O WINTERS, ONE UNKNOWN C/O,**
**CHAMPAIGN COUNTY SHERIFF'S OFFICE,**
**CHAMPAIGN COUNTY,**
**Defendants.**

**JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiff. This case is terminated.

ENTER this 18th day of January 2011.

s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY: DEPUTY CLERK